```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 19-03021-HWV
Timothy Lee Wilkinson                                               Chapter 13
Christine Marie Wilkinson
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: AutoDocke          Page 1 of 1          Date Rcvd: Feb 11, 2020
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
              E-mail/Text: blegal@phfa.org Feb 11 2020 19:37:55      PENNSYLVANIA HOUSING FINANCE AGENCY,
    211 NORTH FRONT STREET,    HARRISBURG PA 17101-1406
                                                                                                TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor 2 Christine Marie Wilkinson DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              Dorothy L Mott    on behalf of Debtor 1 Timothy Lee Wilkinson DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              James Warmbrodt     on behalf of Creditor    21st Mortgage bkgroup@kmllawgroup.com
              Kara Katherine Gendron    on behalf of Debtor 2 Christine Marie Wilkinson karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              Kara Katherine Gendron    on behalf of Debtor 1 Timothy Lee Wilkinson karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | CHAPTER 13 |
| TIMOTHY LEE WILKINSON : | |
| CHRISTINE MARIE WILKINSON, : | CASE NO. 1:19-bk-03021 |
|     Debtors : | |
| : | |
| TIMOTHY LEE WILKINSON : | |
| CHRISTINE MARIE WILKINSON, : | |
|     Movants : | |
| : | |
| v. : | |
| : | |
| PENNSYLVANIA HOUSING FINANCE : | |
| AGENCY, : | |
|     Respondent/Claimant : | |

**ORDER**

UPON CONSIDERATION of the Motion to Determine Secured Status, and after notice and opportunity for hearing thereon, it is hereby
ORDERED AND DECREED that
(i) the motion is granted; and
(ii) the value of the Property is $180,000.00; and
(iii) the Respondent's claim is unsecured; and
(iv) the Respondent's junior mortgage is avoided upon completion of the Chapter 13 plan; and
(v) the Respondent shall satisfy the mortgage of record within 60 days of the entry of the discharge order.

Dated: February 10, 2020    By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge (LS)