# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | Case No.: 19-03021 |
| **Timothy Lee Wilkinson** | Chapter 13 |
| **Christine Marie Wilkinson** | Judge Henry W. Van Eck |
| | * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| | |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** | Related Document # |
| **Movant,** | |
| vs | |
| **Timothy Lee Wilkinson** | |
| **Christine Marie Wilkinson** | |
| **Charles J DeHart, III** | |
| **Respondents.** | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, its successor and assigns ("Creditor") in the above referenced case.

Please send all notices issued in this case to the undersigned at the address below.

        Respectfully submitted,

        /s/ Karina Velter
        Karina Velter, Esquire (94781)
        Adam B. Hall (323867)
        Sarah E. Barngrover (323972)
        Manley Deas Kochalski LLC
        P.O. Box 165028
        Columbus, OH  43216-5028
        Telephone: 614-220-5611
        Fax: 614-627-8181
        Attorneys for Creditor
        The case attorney for this file is Karina Velter.
        Contact email is kvelter@manleydeas.com

20-019022_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | **Case No.: 19-03021** |
| **Timothy Lee Wilkinson** | **Chapter 13** |
| **Christine Marie Wilkinson** | **Judge Henry W. Van Eck** |
| | * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** | **Related Document #** |
| **Movant,** | |
| vs | |
| **Timothy Lee Wilkinson** | |
| **Christine Marie Wilkinson** | |
| **Charles J DeHart, III** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and Request for Notices was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Charles J DeHart, III, Chapter 13 Trustee, dehartstaff@pamd13trustee.com

Kara Katherine Gendron, Attorney for Timothy Lee Wilkinson and Christine Marie Wilkinson, karagendronecf@gmail.com

Dorothy L Mott, Attorney for Timothy Lee Wilkinson and Christine Marie Wilkinson, DorieMott@aol.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Timothy Lee Wilkinson and Christine Marie Wilkinson, 757 Gablers Road, Gardners, PA 17324

/s/ Karina Velter

20-019022_PS

Case 1:19-bk-03021-HWV    Doc 44    Filed 10/16/20    Entered 10/16/20 12:58:26    Desc
Main Document    Page 2 of 2