## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 19-03021** |
| **Timothy Lee Wilkinson** | : | **Chapter 13** |
| **Christine Marie Wilkinson** | : | **Judge Henry W. Van Eck** |
| | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** | : | \* |
| | : | |
| **Wells Fargo Bank, N.A., d/b/a Wells** | : | **Date and Time of Hearing** |
| **Fargo Auto** | : | **Place of Hearing** |
| **Movant,** | : | **November 24, 2020 at 09:30 a.m.** |
| **vs** | : | |
| | : | **Ronald Reagan Federal Building** |
| **Timothy Lee Wilkinson** | : | **228 Walnut Street Rm 320** |
| **Christine Marie Wilkinson** | : | **Harrisburg, PA, 17101** |
| | : | |
| **Charles J DeHart, III (Trustee)** | | |
| **Respondents.** | | |

### CERTIFICATE OF NON-CONCURRENCE

    I, Karina Velter, Esquire, attorney for Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, do hereby certify that I did seek concurrence of Debtor's attorney, Kara Katherine Gendron and Dorothy L Mott, and the Chapter 13 Trustee, and that concurrence was not reached.

   /s/ Karina Velter
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

20-019022_EJS1