LOCAL BANKRUPTCY FORM 9013-3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| **Timothy Lee Wilkinson** | : | **CHAPTER 13** |
| **Christine Marie Wilkinson** | : | |
| | : | **CASE NO.: 19-03021** |
| Debtor(s) | : | |
| | : | |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** | : | ADVERSARY NO. ___-____-ap-_____ |
| | : | (if applicable) |
| Plaintiff(s)/Movant(s) | : | |
| vs | : | Nature of Proceeding: **Motion for Relief from Automatic Stay** |
| | : | |
| **Timothy Lee Wilkinson** | : | |
| **Christine Marie Wilkinson** | : | **Document #: 45** |
| | : | |
| **Charles J DeHart, III** | | |
| Defendants(s)/Respondent(s) | | |

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with all concurrence of the opposing party (parties). This is a first request for a continuance.

Reason for the continuance.

Debtor's counsel has proposed a resolution to the Motion and additional time is needed for Movant to review the proposal.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: November 20, 2020

/s/ Karina Velter
_____
Attorney for Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto
Name: _Karina Velter__
Phone Number: _614-220-5611__

20-019022_SCS2