IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>TIMOTHY LEE WILKINSON | : | CHAPTER 13 |
| | : | |
| | : | CASE NO. 1:19-bk-03021 |
| CHRISTINE MARIE WILKINSON | : | |
| | : | ADVERSARY NO. |
| | : | |
| Debtor(s) | : | Nature of Proceeding Objection to Motion |
| | : | to Modify Plan |
| | : | |
| 21st Mortgage | : | |
| Plaintiff(s)/Movant(s) | : | Document #: |
| vs. | : | |
| | : | |
| TIMOTHY LEE WILKINSON | : | |
| | : | |
| CHRISTINE MARIE WILKINSON | | |

Defendant(s)/Respondent(s)

**REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE** [1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance[2].

Reason for the continuance. Parties require additional time to resolve.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: January 8, 2021  /s/ Kara K. Gendron
Kara K. Gendron, Esquire
Attorney ID 87577
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
(717) 232–6650 TEL
karagendron@gmail.com

---

[1] No alterations or interlineations of this document are permitted.
[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.