IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| TIMOTHY LEE WILKINSON | : | |
| | : | CASE NO. 1:19-bk-03021 |
| CHRISTINE MARIE WILKINSON | : | |
| | : | |
| Debtor(s) | : | |


## MOTION TO TERMINATE
## WAGE ATTACHMENT TO PAY TRUSTEE


Comes now the Debtor, Timothy Lee Wilkinson, by and through Kara K. Gendron, Esquire and moves this Court to terminate the Wage Attachment Order previously entered in this case, respectfully stating in support thereof as follows:

1. The Debtor filed a Chapter 13 Petition on July 15, 2019.
2. The Debtor wishes to terminate the wage attachment.

Wherefore, the Debtor respectfully requests that this Honorable Court enter an Order terminating the Wage Attachment Order previously entered in this case.


Respectfully submitted,

/s/ Kara K. Gendron
_____
Kara K. Gendron, Esquire,
Attorney ID 87577
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
Tel  (717)232-6650
Fax (717) 232-0477
karagendron@gmail.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| **TIMOTHY LEE WILKINSON** | : | |
| | : | **CASE NO. 1:19-bk-03021** |
| **CHRISTINE MARIE WILKINSON** | : | |
| | : | |
| **Debtor(s)** | : | |

## <u>ORDER</u>

      Upon consideration of the Motion to Terminate Wage Attachment filed by the Debtor in this case, and it appearing that the Debtor wishes to terminate the wage attachment, it is hereby Ordered and Decreed that the Wage Attachment Order is hereby terminated.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| TIMOTHY LEE WILKINSON | : | |
| | : | CASE NO. 1:19-bk-03021 |
| CHRISTINE MARIE WILKINSON | : | |
| | : | |
| Debtor(s) | : | |

## CERTIFICATE OF SERVICE

I certify that on February 10, 2021 I served a copy of the foregoing document(s) on the following parties:

| Name and Address | Mode of Service |
|---|---|
| CHARLES J DEHART, III ESQUIRE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036 | Electronically |
| GETTYSBURG COLLEGE<br>ATTN: PAYROLL DEPARTMENT<br>300 N WASHINGTON STREET<br>GETTYSBURG, PA 17325 | First Class Mail, Postage Prepaid |

I certify under penalty of perjury that the foregoing is true and correct.
Date: 02/10/2021

/s/ Kara K. Gendron
_____
Kara K. Gendron, Esquire,
Attorney ID 87577
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
Tel (717)232-6650
Fax (717) 232-0477
karagendron@gmail.com