United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-03021-HWV |
| Timothy Lee Wilkinson | Chapter 13 |
| Christine Marie Wilkinson | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Feb 11, 2021     Form ID: pdf010     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2021:**

**Recip ID**     **Recipient Name and Address**
+     GETTYSBURG COLLEGE, ATTN: PAYROLL DEPARTMENT, 300 N WASHINGTON STREET, GETTYSBURG, PA 17325-1483

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Dorothy L Mott | on behalf of Debtor 2 Christine Marie Wilkinson DorieMott@aol.com KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com |
| Dorothy L Mott | on behalf of Debtor 1 Timothy Lee Wilkinson DorieMott@aol.com KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com |
| James Warmbrodt | on behalf of Creditor 21st Mortgage bkgroup@kmllawgroup.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Timothy Lee Wilkinson karagendronecf@gmail.com |

doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com

Kara Katherine Gendron

on behalf of Debtor 2 Christine Marie Wilkinson karagendronecf@gmail.com
doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com

Karina Velter

on behalf of Creditor WELLS FARGO BANK  N.A. amps@manleydeas.com

Rebecca Ann Solarz

on behalf of Creditor 21st Mortgage bkgroup@kmllawgroup.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
TIMOTHY LEE WILKINSON :
: CASE NO. 1:19-bk-03021
CHRISTINE MARIE WILKINSON :
:
Debtor(s) :

## ORDER

Upon consideration of the Motion to Terminate Wage Attachment filed by the Debtor in this case, and it appearing that the Debtor wishes to terminate the wage attachment, it is hereby Ordered and Decreed that the Wage Attachment Order is hereby terminated.

Dated: February 11, 2021

By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge (CD)