United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Timothy Lee Wilkinson  
Christine Marie Wilkinson  
    Debtors

Case No. 19-03021-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Feb 22, 2021      Form ID: ntsempas      Total Noticed: 29

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Timothy Lee Wilkinson, Christine Marie Wilkinson, 757 Gablers Road, Gardners, PA 17324-9533 |
| 5222583 | + | ADAMS COUNTY PHYSICAL THERAPY, 110 EISENHOWER DRIVE #E, HANOVER, PA 17331-5204 |
| 5222584 | + | BANDY JAROSZ, ESQUIRE, OYLER, OYLER & JAROSZ, 304 YORK ST, STE A, GETTYSBURG, PA 17325-1937 |
| 5222585 | | BUREAU OF ACCOUNT MGMT, 3607 ROSEMONT AVE STE 502, PO BOX 8875, CAMP HILL, PA 17001-8875 |
| 5222587 | | COML ACCEPT, 2300 GETTYSBURG RD, STE 102, CAMP HILL, PA 17011-7303 |
| 5222589 | | COMMONWEALTH OF PA, DEPARTMENT OF REVENUE, BUREAU OF INDIVIDUAL TAXES, DEPT 280432, HARRISBURG, PA 17128-0432 |
| 5234783 | | ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 5222590 | | ECMC BK NOTICES, 111 WASHINGTON AVE S, STE 1400, MINNEAPOLIS, MN 55401-6800 |
| 5222593 | | IC SYSTEM, 444 HIGHWAY 96 EAST, PO BOX 64794, ST PAUL, MN 55164-0794 |
| 5294537 | + | Imblum Law Offices, P.C., 4615 Derry Street, Harrisburg, PA 17111-2660 |
| 5222595 | + | KML LAW GROUP PC, SUITE 5000 - BNY INDEPENDENCE CENTER, 701 MARKET STREET, PHILADELPHIA, PA 19106-1541 |
| 5222596 | + | MASON DIXON ENDODONTICS, 1759 YORK ROAD, GETTYSBURG, PA 17325-8290 |
| 5222597 | | PENN STATE HEALTH HMC, ATTN: PATIENT FINANCIAL SERVICES, MC A410 PO BOX 853, HERSHEY, PA 17033 |
| 5222599 | ++ | SPRINT, C O AMERICAN INFOSOURCE, 4515 N SANTA FE AVE, OKLAHOMA CITY OK 73118-7901 address filed with court:, SPRINT BANKRUPTCY, PO BOX 7949, OVERLAND PARK, KS 66207 |
| 5222602 | | WELLS FARGO DEALER SERVICES, CORRESPONDENCE MAC T9017-026, PO BOX 168048, IRVING, TX 75016-8048 |
| 5246178 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |
| 5386035 | | Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road Eagan MN 55121-7700 |
| 5222603 | + | YORK HOSPITAL, 1001 S GEORGE STREET, YORK, PA 17403-3645 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5222582 | + | Email/Text: ebn@21stmortgage.com | Feb 22 2021 19:09:00 | 21ST MTG, 620 MARKET STREET, STE 100, KNOXVILLE, TN 37902-2207 |
| 5232672 | + | Email/Text: ebn@21stmortgage.com | Feb 22 2021 19:09:00 | 21st Mortgage, P.O. Box 477, Knoxville, TN 37901-0477 |
| 5222586 | + | Email/Text: dehartstaff@pamd13trustee.com | Feb 22 2021 19:09:00 | CHARLES J DEHART, III, ESQ., 8125 ADAMS DRIVE STE A, HUMMELSTOWN PA 17036-8625 |
| 5222588 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 22 2021 19:09:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5222600 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Feb 22 2021 19:09:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 5222591 | + | Email/Text: bknotice@ercbpo.com | Feb 22 2021 19:09:00 | ERC, PO BOX 57547, JACKSONVILLE, FL 32241-7547 |
| 5222592 | + | Email/Text: lyonsbe2@upmc.edu | | |

| | | | |
|---|---|---|---|
| | | Feb 22 2021 19:09:00 | HANOVER HOSPITAL, 300 HIGHLAND AVE, HANOVER, PA 17331-2203 |
| 5222594 | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 22 2021 19:09:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5294750 | Email/Text: blegal@phfa.org | Feb 22 2021 19:09:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 5222598 | Email/Text: blegal@phfa.org | Feb 22 2021 19:09:00 | PHFA, ATT BK NOTICES, 211 N FRONT STREET, PO BOX 15530, HARRISBURG, PA 17105-5530 |
| 5222599 | Email/PDF: ais.sprint.ebn@americaninfosource.com | Feb 22 2021 19:29:03 | SPRINT BANKRUPTCY, PO BOX 7949, OVERLAND PARK, KS 66207 |
| 5222601 | + Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Feb 22 2021 19:09:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Dorothy L Mott | on behalf of Debtor 2 Christine Marie Wilkinson DorieMott@aol.com KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com |
| Dorothy L Mott | on behalf of Debtor 1 Timothy Lee Wilkinson DorieMott@aol.com KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com |
| James Warmbrodt | on behalf of Creditor 21st Mortgage bkgroup@kmllawgroup.com |
| Kara Katherine Gendron | on behalf of Debtor 2 Christine Marie Wilkinson karagendronecf@gmail.com doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Timothy Lee Wilkinson karagendronecf@gmail.com doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com |

| | | |
|---|---|---|
| Karina Velter | | on behalf of Creditor WELLS FARGO BANK  N.A. amps@manleydeas.com |
| Rebecca Ann Solarz | | on behalf of Creditor 21st Mortgage bkgroup@kmllawgroup.com |
| United States Trustee | | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Timothy Lee Wilkinson

**Debtor 1**

Christine Marie Wilkinson

**Debtor 2**

**Debtor(s)**

Chapter: 13

Case number: 1:19−bk−03021−HWV

Document Number: 65

Matter: Motion to Confirm Termination or Absence of the Automatic Stay

21st Mortgage
**Movant(s)**

vs.

Timothy Lee Wilkinson
Christine Marie Wilkinson
and
Charles J. DeHart, III Esq
**Respondent(s)**

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on July 15, 2019.

A hearing on the above referenced matter has been scheduled for:

| **United States Bankruptcy Court The hearing will be held telephonically, using CourtCall. Please contact them, at 866−582−6878, no later than 24 hours, before your hearing.** | **Date: 3/16/21** <br> **Time: 09:30 AM** |
|---|---|

Any objection/response to the above referenced matter must be filed and served on or before **March 8, 2021**.

If service was properly made and Respondent(s) fail to file an objection/response by the above specified date, the Court **may** determine after review of the Motion that no hearing is required and grant the relief requested.

If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the above date and time.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| Address of the Bankruptcy Clerk's Office: | For the Court: |
|---|---|
| Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 22, 2021 |

ntsempas(05/18)