Certificate Number: 15317-PAM-DE-035624493

Bankruptcy Case Number: 19-03021



15317-PAM-DE-035624493

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 30, 2021</u>, at <u>7:02</u> o'clock <u>AM PDT</u>, <u>Timothy L Wilkinson</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>April 30, 2021</u>          By:    <u>/s/Lea Sorino</u>

                               Name:  <u>Lea Sorino</u>

                               Title: <u>Counselor</u>

Certificate Number: 15317-PAM-DE-035624492

Bankruptcy Case Number: 19-03021



15317-PAM-DE-035624492

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 30, 2021</u>, at <u>7:02</u> o'clock <u>AM PDT</u>, <u>Christine L Wilkinson</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: April 30, 2021           By:    /s/Lea Sorino

                                            Name:  Lea Sorino

                                            Title:   Counselor