United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Timothy Lee Wilkinson  
Christine Marie Wilkinson  
    Debtors

Case No. 19-03021-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3  
Date Rcvd: May 19, 2021     Form ID: 3180W     Total Noticed: 29

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Timothy Lee Wilkinson, Christine Marie Wilkinson, 757 Gablers Road, Gardners, PA 17324-9533 |
| 5222583 | + | ADAMS COUNTY PHYSICAL THERAPY, 110 EISENHOWER DRIVE #E, HANOVER, PA 17331-5204 |
| 5222584 | + | BANDY JAROSZ, ESQUIRE, OYLER, OYLER & JAROSZ, 304 YORK ST, STE A, GETTYSBURG, PA 17325-1937 |
| 5222585 | | BUREAU OF ACCOUNT MGMT, 3607 ROSEMONT AVE STE 502, PO BOX 8875, CAMP HILL, PA 17001-8875 |
| 5222587 | | COML ACCEPT, 2300 GETTYSBURG RD, STE 102, CAMP HILL, PA 17011-7303 |
| 5222589 | | COMMONWEALTH OF PA, DEPARTMENT OF REVENUE, BUREAU OF INDIVIDUAL TAXES, DEPT 280432, HARRISBURG, PA 17128-0432 |
| 5222590 | | ECMC BK NOTICES, 111 WASHINGTON AVE S, STE 1400, MINNEAPOLIS, MN 55401-6800 |
| 5294537 | + | Imblum Law Offices, P.C., 4615 Derry Street, Harrisburg, PA 17111-2660 |
| 5222586 | ++ | JACK N ZAHAROPOULOS, ATTN CHAPTER 13 TRUSTEE, 8125 ADAMS DRIVE SUITE A, HUMMELSTOWN PA 17036-8625 address filed with court:, CHARLES J DEHART, III, ESQ., 8125 ADAMS DRIVE STE A, HUMMELSTOWN PA 17036 |
| 5222595 | + | KML LAW GROUP PC, SUITE 5000 - BNY INDEPENDENCE CENTER, 701 MARKET STREET, PHILADELPHIA, PA 19106-1541 |
| 5222596 | + | MASON DIXON ENDODONTICS, 1759 YORK ROAD, GETTYSBURG, PA 17325-8290 |
| 5222597 | | PENN STATE HEALTH HMC, ATTN: PATIENT FINANCIAL SERVICES, MC A410 PO BOX 853, HERSHEY, PA 17033 |
| 5246178 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |
| 5222603 | + | YORK HOSPITAL, 1001 S GEORGE STREET, YORK, PA 17403-3645 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5222582 | + | Email/Text: ebn@21stmortgage.com | May 19 2021 19:10:00 | 21ST MTG, 620 MARKET STREET, STE 100, KNOXVILLE, TN 37902-2207 |
| 5232672 | + | Email/Text: ebn@21stmortgage.com | May 19 2021 19:10:00 | 21st Mortgage, P.O. Box 477, Knoxville, TN 37901-0477 |
| 5222588 | | EDI: PENNDEPTREV | May 19 2021 22:53:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5222588 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 19 2021 19:10:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5222600 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | May 19 2021 19:09:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 5234783 | | EDI: ECMC.COM | May 19 2021 22:53:00 | ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 5222591 | + | Email/Text: bknotice@ercbpo.com | May 19 2021 19:10:00 | ERC, PO BOX 57547, JACKSONVILLE, FL 32241-7547 |
| 5222592 | + | Email/Text: lyonsbe2@upmc.edu | May 19 2021 19:09:00 | HANOVER HOSPITAL, 300 HIGHLAND AVE, HANOVER, PA 17331-2203 |
| 5222593 | | EDI: IIC9.COM | | |

| | | | |
|---|---|---|---|
| | | May 19 2021 22:48:00 | IC SYSTEM, 444 HIGHWAY 96 EAST, PO BOX 64794, ST PAUL, MN 55164-0794 |
| 5222594 | EDI: IRS.COM | May 19 2021 22:53:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5222586 | Email/Text: info@pamd13trustee.com | May 19 2021 19:09:00 | CHARLES J DEHART, III, ESQ., 8125 ADAMS DRIVE STE A, HUMMELSTOWN PA 17036 |
| 5294750 | Email/Text: blegal@phfa.org | May 19 2021 19:10:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 5222598 | Email/Text: blegal@phfa.org | May 19 2021 19:10:00 | PHFA, ATT BK NOTICES, 211 N FRONT STREET, PO BOX 15530, HARRISBURG, PA 17105-5530 |
| 5222599 | EDI: AISSPRINT | May 19 2021 22:53:00 | SPRINT BANKRUPTCY, PO BOX 7949, OVERLAND PARK, KS 66207 |
| 5222601 + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | May 19 2021 19:09:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |
| 5222602 | EDI: WFFC.COM | May 19 2021 22:53:00 | WELLS FARGO DEALER SERVICES, CORRESPONDENCE MAC T9017-026, PO BOX 168048, IRVING, TX 75016-8048 |
| 5386035 | EDI: WFFC.COM | May 19 2021 22:53:00 | Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-7700 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 21, 2021           Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor WELLS FARGO BANK N.A. amps@manleydeas.com |
| Dorothy L Mott | on behalf of Debtor 2 Christine Marie Wilkinson DorieMott@aol.com KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com |
| Dorothy L Mott | on behalf of Debtor 1 Timothy Lee Wilkinson DorieMott@aol.com |

KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com

Jack N Zaharopoulos (Trustee)

TWecf@pamd13trustee.com

James Warmbrodt

on behalf of Creditor 21st Mortgage bkgroup@kmllawgroup.com

Kara Katherine Gendron

on behalf of Debtor 2 Christine Marie Wilkinson mottgendronecf@gmail.com doriemott@aol.com;karagendronecf@gmail.com;bethsnyderecf@gmail.com

Kara Katherine Gendron

on behalf of Debtor 1 Timothy Lee Wilkinson mottgendronecf@gmail.com doriemott@aol.com;karagendronecf@gmail.com;bethsnyderecf@gmail.com

Rebecca Ann Solarz

on behalf of Creditor 21st Mortgage bkgroup@kmllawgroup.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 9

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Timothy Lee Wilkinson<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–2825<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Christine Marie Wilkinson<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–8329<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:19–bk–03021–HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Timothy Lee Wilkinson                Christine Marie Wilkinson

**By the court:**  *[signature]*

5/19/21

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: LyndseyPrice, Deputy Clerk

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**